IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-241

| | |
|---|---|
| NORMAN J. O'DONNELL,<br><br>   Plaintiff,<br><br>vs.<br><br>ANIMALS MATTER, INC.,<br><br>   Defendant. | **ORDER GRANTING MOTION FOR ADMISSION OF TIM F. WILLIAMS TO PRACTICE *PRO HAC VICE*** |

Pursuant to L.R. 83.1(b) of this Court, for good cause shown, and the payment of $100.00 for Mr. Williams' *pro hac vice* admission, the Motion of counsel for Defendant, Animals Matter, Inc., for the admission *pro hac vice* of Tim F. Williams of the law firm of Dority & Manning, in Greenville, South Carolina, as counsel for Defendant, Animals Matter, Inc., in this action is hereby granted.

Signed: August 2, 2007

David C. Keesler
United States Magistrate Judge

1