# IN THE UNITED STATES DISTRICT COURT
# IN THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:07-CV-241-FDW-DCK

| | |
|---|---|
| NORMAN J. O'DONNELL,<br><br>    Plaintiff,<br><br>vs.<br><br>ANIMALS MATTER, INC.,<br><br>    Defendant.<br><br>ANIMALS MATTER, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>O'DONNELL INDUSTRIES, INC., BRIAN J. O'DONNELL, and O'DONNELL INDUSTRIES, INC. d/b/a SNOOZER PET PRODUCTS,<br><br>    Defendant. | **ORDER** |

Pursuant to L.R. 83.1(b) of this Court, for good cause shown, and the payment of $100.00 for Mr. Leonardi's *pro hac vice* admission, the Motion of counsel for Plaintiff, Norman J. O'Donnell and Counterclaim Defendants Brian J. O'Donnell, and O'Donnell Industries, Inc., d/b/a Snoozer Pet Products, for the admission *pro hac vice* of Daniel C. Leonardi of the law firm of Nexsen Pruet, LLC, in Columbia, South Carolina, as counsel for Plaintiff, Norman J. O'Donnell and Counterclaim Defendants Brian J. O'Donnell, and O'Donnell Industries, Inc.,

d/b/a Snoozer Pet PRODUCTS, in this action is hereby granted.

Signed: November 9, 2007

David C. Keesler
United States Magistrate Judge