# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:07-CV-00241-FDW

| | |
|---|---|
| NORMAN J. O'DONNELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANIMALS MATTER, INC., )<br>)<br>Defendant. )<br>)<br>) | ORDER |

THIS MATTER comes before the Court upon telephonic communication from Plaintiff's counsel to Chambers indicating that all claims in the case have been resolved in full. Therefore, IT IS ORDERED this matter is DISMISSED subject to the right of either party to file a motion to reopen the case should settlement not be consummated within sixty (60) days hereof. The parties are directed to file their Stipulation of Dismissal on or before **June 30, 2008**.

IT IS SO ORDERED.     Signed: April 30, 2008

Frank D. Whitney
United States District Judge